David D. Lee, Esq., SBN 318212
**PROVERBS 31:8 LAW, PC**
6940 Beach Blvd., Suite D-606
Buena Park, CA 90621
Telephone: (213) 210-3651
DLEE@PROVERBS318LAW.COM
Attorney for Plaintiff
YVONNE CHANG

JS-6

JUDD A. GILEFSKY, SB# 198694
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
E-Mail: Judd.Gilefsky@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800

Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE CHANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation; and Does 1-50, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02458-JFW-MBKx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>State Ct. Complaint Filed: January 30, 2026<br><br>District Judge: John F. Walter |

## ORDER

On September 15, 2026, the Parties to the above-referenced action filed a Stipulation for the dismissal of Plaintiff's Complaint and the above-captioned lawsuit with prejudice. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California Case No. 2:26-cv-02458-JFW-MBKx, YVONNE CHANG vs. NISSAN NORTH AMERICA, INC., is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 16, 2026



UNITED STATES DISTRICT COURT JUDGE